Commonwealth *v.* Fasenmyer (et al., Appellant).

Argued April 11, 1972. *William F. Cercone, Jr.,* for appellant; *Robert L. Eber-*

*hardt,* Assistant District Attorney, with him *Carol Mary Los,* Assistant District Attorney, and *Robert W. Duggan,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

CERCONE, J., absent.